IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ANGELA D.,

    Plaintiff,

vs.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

    Defendant.

Case No.: 3:24-cv-38

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

**ORDER: (1) GRANTING THE PARTIES' JOINT STIPULATION FOR AN AWARD OF ATTORNEY'S FEES, AND NO COSTS, UNDER THE EQUAL ACCESS TO JUSTICE ACT ("EAJA") (Doc. No. 12); AND (2) AWARDING EAJA ATTORNEY'S FEES IN THE TOTAL AMOUNT OF $2,900.00**

---

This Social Security disability benefits appeal is before the Court on the parties' joint stipulation for an award of attorney's fees, and costs, under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). Doc. No. 12. The parties have stipulated to an award of $2,900.00 in attorney fees and no costs, for a total EAJA award of $2,900.00, in full satisfaction and settlement of any and all EAJA claims Plaintiff may have in the instant case. *Id*. For good cause shown and in light of the parties' joint stipulation, the Court: (1) **GRANTS** the parties' joint stipulation; and (2) **AWARDS** EAJA fees in the total amount of $2,900.00. As no further matters remain pending for review, this case remains **TERMINATED** upon the Court's docket.

    **IT IS SO ORDERED.**

    July 8, 2024

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge